TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00141-CR






Wendy Dawn Holbrooks, Appellant


v.


The State of Texas, Appellee






FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY

NO. 09-03784-1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING






O R D E R

PER CURIAM

 The Court's prior opinion and judgment dated April 27, 2012, are withdrawn and the
appeal in this cause is hereby reinstated.

 It is ordered April 27, 2012.



Before Chief Justice Jones, Justices Puryear and Pemberton

Do Not Publish